IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18 CR 576 |
| | ) | Title 18, Sections |
| ROLLAND C. SCALES, JR., | ) | 924(c)(1)(A)(ii), and 2113(a) and |
| | ) | (d), United States Code |
| Defendant. | ) | |

JUDGE ADAMS

COUNT 1
(Armed Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) and (d))

The Grand Jury charges:

1. On or about September 10, 2018, in the Northern District of Ohio, Eastern Division, Defendant ROLLAND C. SCALES, JR., by force and violence, or intimidation, did take from the person or presence of bank tellers and other employees at the Chase Bank, 6200 Brecksville Road, Independence, Ohio, approximately $32,438.00 in monies belonging to, or in the care, custody, control, management, or possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, and did put in jeopardy the lives of bank employees and others by the use of a dangerous weapon, in violation of Title 18, United States Code, Sections 2113(a) and (d).

COUNT 2
(Using or Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence,
in violation of 18 U.S.C. § 924(c)(1)(A)(ii))

The Grand Jury further charges:

2. On or about September 10, 2018, in the Northern District of Ohio, Eastern Division, Defendant ROLLAND C. SCALES, JR. did use or carry, and brandish a firearm,

during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Armed Bank Robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.